UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHANIQUA FOLK,

                                              Plaintiff,

                      -against-

THE CITY OF NEW YORK, Police Officer ROBERT A.
MANZI, Shield NO. 12783, Det. ARTHUR UMLAUF, Shield
NO. 25307, Police Officer STEVEN FLORIO, Shield No.
17538, Police Officer DERRICK BOYD, Shield No. 10014,
Sergeant WILLIAM SCHMIDT, Shield No. 3392, Police
Officers JOHN DOE # FIVE in his individual and official
capacities as employees of the City of New York,

                                              Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-5810 (WFK) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         6/13, 2017

THE RAMEAU LAW FIRM
*Attorneys for Plaintiff*
16 Court Street, Suite 2504
Brooklyn, NY 11241

By: _____
    Amy Rameau
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Manzi, Umlauf, Florio, Boyd, and Schmidt*
100 Church Street
New York, New York 10007

By: _____
    Suzanne E. Aribakan
    *Senior Counsel*

SO ORDERED:

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
Dated: June 15, 2017